JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBBIE'S CLEANERS, et al.,<br><br>　　　　Defendants. | Case No. CV 25-0361 FMO (AJRx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　The court has reviewed plaintiff's Notice of Voluntary Dismissal of Entire Case Without Prejudice (Dkt. 18 ("Notice")) filed pursuant to Fed. R. Civ. P. 41(a)(1).  Because no defendant here has filed an answer or a motion for summary judgment, plaintiff's Notice is sufficient to dismiss the action without a court order.  See Fed. R. Civ. P. 41(a)(1)(A)(I) ("[A] plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]").  This dismissal is without prejudice.  See Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."); (Dkt. 18, Notice at 1) ("Plaintiff . . . voluntarily dismisses the entire action without prejudice[.]").  However, the plaintiff has requested that this court retain jurisdiction, (see Dkt. 18, Notice at 2), which the court will not do.  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).  Accordingly, IT IS ORDERED THAT plaintiff's Notice (**Document No. 18**) operates to dismiss the case without prejudice.

Dated this 18th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge